CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 23 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.: 7:08CR00013-01 |
| JEFFREY JEROME JOHNSON | ) | USM No: 13462-084 |
| | ) | |
| Date of Previous Judgment: November 13, 2008 | ) | Defendant's Attorney |
| *(Use Date of Last Amended Judgment if Applicable)* | ) | |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*

| Previous Offense Level: _____ | Amended Offense Level: _____ |
|---|---|
| Criminal History Category: _____ | Criminal History Category: _____ |
| Previous Guideline Range: _____ to _____ months | Amended Guideline Range: _____ to _____ months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other *(explain)*:

**III. ADDITIONAL COMMENTS**

See attached memorandum opinion.

Except as provided above, all provisions of the judgment dated  November 13, 2008  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: NOVEMBER 23, 2015

*/s/ Glen Conrad*
Judge's signature

Effective Date: _____
*(if different from order date)*

Hon. Glen E. Conrad, Chief U.S. District Judge
Printed name and title